AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| | ) | (for **Revocation** of Probation or Supervised Release) |
| v. | ) | |
| | ) | Case Number: 3:05-CR-102-LRH-VPC |
| BRANDON RICHARD FISHER | ) | |
| | ) | USM Number: 39684-048 |
| | ) | |
| | ) | Cynthia Hahn, AFPD |
| | | Defendant's Attorney |

**THE DEFENDANT:**

(X) admitted guilt to violation of condition(s) in paragraph 1 of the Petition filed 9/26/11 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Paragraph 1 | The defendant shall not commit another federal, state or local crime. | 9/17/11 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7626

3/19/12
Date of Imposition of Judgment

*/s/ [signature]*
Signature of Judge

Defendant's Year of Birth: 1978

City and State of Defendant's Residence:

Larry R. Hicks, U.S. District Judge
Name and Title of Judge

Incarcerated

3/20/12
Date

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 21 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DEFENDANT: BRANDON RICHARD FISHER
CASE NUMBER: 3:05-CR-102-LRH-VPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIXTEEN (16) MONTHS. To run CONSECUTIVE to defendant's sentence of SEVENTY EIGHT (78) MONTHS imposed in 3:11-cr-113-LRH-WGC.**

(X) The court makes the following recommendations to the Bureau of Prisons:

**FCI HERLONG, CA (If facility has UNICOR); Alternative recommendations: CI TAFT, CA, OR FCI SHERIDAN, OREGON. The Court further strongly recommends RDAP.**

(X) The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNTIED STATES MARSHAL